FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEL RAINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> S.I.A. FEMME, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV 01-06342 GAF (RZ) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed (a) with prejudice as to Claims 4 and 5, and (b) without prejudice as to the balance of the action.

DATED: 3/26/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE